UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| LAWRENCE MILLER, | § |
| *Plaintiff,* | § § § |
| v. | §  Case No. |
| HUNTER WARFIELD, INC., | § § § |
| *Defendant.* | § § |

**DEFENDANT HUNTER WARFIELD, INC.'S NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Hunter Warfield, Inc. ("HWI") hereby removes the subject action from the, to the United States District Court for the Middle District of Florida, on the following grounds:

1.  Plaintiff Lawrence Miller instituted an action in the County Court of the Thirteenth Judicial Circuit In and For Hillsborough County, Florida, Small Claims Division, on January 4, 2021. A copy of the Complaint is attached hereto as Exhibit A.

2.  HWI was served on January 8, 2021. Therefore, removal is timely.

3.  Plaintiff's Complaint alleges violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. ("FCRA") and the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. ("FDCPA").

4.  This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. §1331, since there is a federal question. This suit falls within the FCRA and the FDCPA which thus supplies the federal question.

5.  Pursuant to 28 U.S.C. §1441, et seq., this cause may be removed from the County Court of the Thirteenth Judicial Circuit In and For Hillsborough County, Florida, Small Claims Division, to the United States District Court for the Middle

District of Florida.

6. Notice of this removal will promptly be filed with the County Court of the Thirteenth Judicial Circuit In and For Hillsborough County, Florida, Small Claims Division and be served on all adverse parties.

7. Pursuant to 28 U.S.C. §1446(a), copies of all process, pleadings, orders and other papers filed in this action and obtained by Defendant are attached hereto and marked as composite **Exhibit A** and incorporated herein by reference

8. A jury demand was made in state court.

WHEREFORE, Defendant Hunter Warfield, Inc., by counsel, removes the subject action from the County Court of the Thirteenth Judicial Circuit In and For Hillsborough County, Florida, Small Claims Division to the United States District Court for the Middle District of Florida.

Dated: February 5, 2021.

Respectfully submitted,

/s/ Charles J. McHale
Charles J. McHale, Esq.
FBN:  0026555
**GOLDEN SCAZ GAGAIN, PLLC**
1135 Marbella Plaza Drive
Tampa, Florida 33619
Phone:  (813) 251-5500
Direct:  (813) 251-3688
Fax:  (813) 251-3675
cmchale@gsgfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been forwarded via **CM/ECF**, on this 5th day of February, 2021, to the following recipients:

**Bryan J. Geiger, Esq.**
**Philip R. Goldberg**
BGeiger@SeraphLegal.com
PGoldberg@SeraphLegal.com
Seraph Legal, P.A.
1614 N. 19th St.
Tampa, FL 33605
Tel: 813-567-1230
Fax: 855-500-0705
*Counsel for Plaintiff*

/s/ Charles J. McHale
Charles J. McHale, Esq.
FBN:  0026555