

# Case Information

Case Number: 21-CC-000154

Uniform Case Number: 292021SC000154A001HC

Miller, Lawrence vs Hunter Warfield, Inc.

- Icon Keys
- Summary
- Parties
- Events\Documents
- Hearings
- Financial
- File Location
- Related Cases

Filter Events Dates:

From

To

Filter

Show 25 entries   Column visibility   Excel   CSV   Search:

| Select | Document Index | Clock-In Event Date | Event Description | Comment | Image | Certify |
|---|---|---|---|---|---|---|
| ⬇ | 8 | 02/05/2021 | NOTICE OF REMOVAL TO FEDERAL COURT | | 👤 | |
| ⬇ | 7 | 01/08/2021 | AFFIDAVIT OF SERVICE RETURNED SERVED | 1/8/2021 DEFT HUNTER WARFIELD, INC. | 👤 | |

| Select | Document Index | Clock-In Event Date | Event Description | Comment | Image | Certify |
|---|---|---|---|---|---|---|
| ⬇ | 6 | 01/06/2021 | E-FILED PRE TRIAL SUMMONS ISSUED AND SET | | 📄 | 🛒 |
| | 1 | 01/04/2021 | File Home Location - Electronic | | | |
| ⬇ | 2 | 01/04/2021 | CIVIL COVER SHEET | | 📄 | 🛒 |
| ⬇ | 3 | 01/04/2021 | STATEMENT OF CLAIM | | 📄 | 🛒 |
| ⬇ | 4 | 01/04/2021 | REQUEST FOR DIVISION ASSIGNMENT (E-FILING) | | 📄 | 🛒 |
| ⬇ | 5 | 01/04/2021 | E-FILED REQUEST FOR SUMMONS TO BE ISSUED | | 📄 | 🛒 |

Showing 1 to 8 of 8 entries          Previous  | 1 |  Next


Exit Case Details

© 2021 - Hillsborough County Clerk of the Circuit Court

p