# IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT, IN AND FOR HILLSBOROUGH COUNTY, FLORIDA

Case Number: <u>21-CC-000154 Division S</u>

<u>**LAWRENCE MILLER**</u>

<u>**Address: 1614 N 19th St  Tampa FL 33605**</u>

        Plaintiff(s)

VS

<u>**HUNTER WARFIELD, INC.**</u>

        Defendant(s)

## SUMMONS/NOTICE TO APPEAR FOR PRETRIAL CONFERENCE (COVID)

STATE OF FLORIDA - NOTICE TO PLAINTIFF(S) AND DEFENDANT(S) (Name & address of Defendant(s) to be Served)
**<u>HUNTER WARFIELD, INC., C/O STEPHEN SOBOTA  4620 WOODLAND CORPORATE BLVD  TAMPA FL  33614,</u>**

**YOU ARE HEREBY NOTIFIED** that you are required to appear on the **<u>3rd day of March, 2021</u>** at **<u>9:00 AM</u>** for a PRETRIAL CONFERENCE. **"PLEASE GO TO WWW.FLJUD13.ORG [FLJUD13.ORG] TO CHECK THE INDIVIDUAL JUDGE'S SITE FOR INSTRUCTIONS DUE TO COVID-19."**

THE COUNTY COURT DOES NOT PROVIDE INTERPRETERS OR TRANSLATORS; YOU ARE RESPONSIBLE FOR PROVIDING YOUR OWN INTERPRETERS OR TRANSLATORS.

LA CORTE DEL CONDADO NO PROVEE INTERPRETES O TRADUCTORES, USTED ES RESPONSABLE DE PROVEER SU PROPIO INTERPRETE O TRADUCTOR.

TRIBINAL KONTE A PA BAY ENTÈRPRÈT OSWA TRANSLATOR, OU SE RESPONSAB POU FOUNI PWÒP ENTÈPRÈT OSWA TRANSLATOR OU.

Lead Attorney: <u>GEIGER , BRYAN J.</u>
Attorney for: <u>Lawrence Miller</u>
Address: <u>SERAPH LEGAL PA  1614 N 19TH ST  TAMPA FL  33605</u>
Florida Bar Number: <u>119168</u>

*[handwritten: 1·8·21 @ 8:33 AM]*
*[handwritten signature / CPS0667190]*

REQUESTS FOR ACCOMMODATIONS BY PERSONS WITH DISABILITIES

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, Hillsborough County Courthouse, 800 E. Twiggs St., Room 604, Tampa, Florida 33602, (813) 272-7040, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.

SOLICITUDES DE ALOJAMIENTO POR PERSONAS CON DISCAPACIDAD

Si usted es una persona minusválida que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda. Tenga la amabilidad de ponerse en contacto con el Coordinador de ADA, Hillsborough County Courthouse, 800 E. Twiggs St., Sala 604, Tampa, Florida 33602, (813) 272-7040, por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711.

DEMANN POU AKOMODASYON POU MOUN KI GEN ENFIMITE

Si ou se yon moun ki enfim ki bezwen akomodasyon pou w kab patisipe nan pwosedi sa a, ou gen dwa, san ou pa bezwen peye okenn lajan, pou w jwenn yon sèten èd. Tanpri kontakte Hillsborough County Courthouse, 800 E. Twiggs St., Sal 604, Tampa, Florida 33602, (813) 272-7040, Kòdonatris pwogram Lwa Ameriken pou Moun ki Enfim yo nan, fè sa omwen 7 jou anvan dat ou gen randevou pou parèt nan Tribinal la, oswa fè sa imedyatman apre ou fin resevwa konvokasyon an si dat ou gen pou w parèt nan tribinal la mwens pase 7 jou; si ou gen pwoblèm pou w tande byen oswa pou w pale klè, rele 711.

### *IMPORTANT – READ CAREFULLY*

### *THE CASE WILL NOT BE TRIED AT THAT TIME.*

### *DO NOT BRING WITNESSES – YOU MUST APPEAR IN PERSON OR BY ATTORNEY.*

The Defendant(s) must appear in court on the date specified in order to avoid a default judgment. The Plaintiff(s) must appear to avoid having the case dismissed for lack of prosecution. A written MOTION or ANSWER to the Court by the Plaintiff(s) or the Defendant(s) shall not excuse the personal appearance of a party or its attorney at the PRETRIAL CONFERENCE/MEDIATION. The date and time of the pretrial conference CANNOT be rescheduled without good cause and prior court approval.

Any business entity recognized under Florida law may be represented at any stage of the trial court proceedings by any principal of the business entity who has legal authority to bind the business entity or any employee authorized in writing by a principal of the business entity. A principal is defined as being an officer, member, managing member, or partner of the business entity. Written authorization must be brought to the Pretrial Conference/Mediation.

The purpose of the pretrial conference is to record your appearance, to determine if you admit all or part of the claim, to enable the court to determine the nature of the case, and to set the case for trial if the case cannot be resolved at the pretrial conference. You or your attorney should be prepared to confer with the court and to explain briefly the nature of your dispute, state what efforts have been made to settle the dispute, exhibit any documents necessary to prove the case, state the names and addresses of your witnesses, stipulate to the facts that will require no proof and will expedite the trial, and estimate how long it will take to try the case.

### Mediation

Mediation may take place during the time scheduled for the pretrial conference. Whoever appears for a party must have full authority to settle. Failure to have full authority to settle at this pretrial conference may result in the imposition of costs and attorneys' fees incurred by the opposing party.

If you admit the claim, but desire additional time to pay, you must come and state the circumstances to the court. The court may or may not approve a payment plan and may withhold judgment or execution of levy

If you admit the claim, but desire additional time to pay, you must come and state the circumstances to the court. The court may or may not approve a payment plan and may withhold judgment or execution of levy.

RIGHT TO VENUE. The law gives the person or company who has sued you the right to file suit in any one of several places as listed below. However, if you have been sued in any place other than one of these places, you, as the defendant(s) have the right to request that the case be moved to a proper location or venue. A proper location or venue may be one of the following:

[1]   where the contract was entered into.

[2]   if the suit is on unsecured promissory note, where the note is signed or where the maker resides.

[3]   if the suit is to recover property or to foreclosure a lien, where the property is located.

[4]   where the event giving rise to the suit occurred.

[5]   where any one or more defendant(s) sued reside.

[6]   any location agreed to in a contract.

[7]   in an action for money due, if there is no agreement as to where suit may be filed, where payment is to be made.


If you as the Defendant(s) believe the Plaintiff(s) has/have not sued in one of these correct places, you must appear on your court date and orally request a transfer or you must file a WRITTEN request for transfer, in affidavit form (sworn to under oath) **with the court 7 days prior to your first court date** and send a copy to the Plaintiff(s) or Plaintiff's(s') attorney, if any.


A copy of the statement of claim shall be served with this summons.


DATED at Tampa, Florida. Issued on January 6, 2021.

CINDY STUART
CLERK OF THE CIRCUIT COURT

21-CC-000154 1/6/2021 12:38:37 PM

_____
CINDY STUART, CLERK

Prepared By: Elgin Welch, Deputy Clerk
Hillsborough County, Florida (813) 276-8100