IN THE COUNTY COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
SMALL CLAIMS DIVISION

| | |
|---|---|
| **LAWRENCE MILLER,** § § § | |
| *Plaintiff,* § § | **CASE NO. 21-CC-000154** |
| v. § § | **Division S** |
| **HUNTER WARFIELD, INC.,** § § § | |
| *Defendant.* § § § | |

**NOTICE OF REMOVAL OF ACTION FROM STATE COURT TO
UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA**

**PLEASE TAKE NOTICE THAT** on February 5, 2021, Defendant Hunter Warfield, Inc. ("HWI") filed a Notice of Removal to remove this action to the United States District Court for the Middle District of Florida. In compliance with 28 U.S.C. § 1446(d), a copy of the Notice of Removal is attached as **Exhibit A** to this Notice and is served and filed herewith.

PLEASE TAKE FURTHER NOTICE THAT, pursuant to 28 U.S.C. § 1446(d), the filing of this Notice removes this action and stays all proceedings in connection therewith in the County Court of the Thirteenth Judicial Circuit In and For Hillsborough County, Florida, Small Claims Division, unless and until this action is remanded.

**[SIGNATURE BLOCK ON NEXT PAGE]**

Dated: February 5, 2021.                    Respectfully submitted,

                                            /s/ Charles J. McHale
                                            Charles J. McHale, Esq.
                                            FBN: 0026555
                                            **GOLDEN SCAZ GAGAIN, PLLC**
                                            1135 Marbella Plaza Drive
                                            Tampa, Florida 33619
                                            Phone: (813) 251-5500
                                            Direct: (813) 251-3688
                                            Fax: (813) 251-3675
                                            cmchale@gsgfirm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was furnished by email on this 5th day of February, 2021 to all parties registered to receive electronic notice in this proceeding.

                                            /s/ Charles J. McHale
                                            Charles J. McHale, Esq.
                                            FBN: 0026555