**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

LAWRENCE MILLER,

    Plaintiff,

v.                                                                    Case No: 8:21-cv-279-CEH-CPT

HUNTER WARFIELD, INC.,

    Defendant.
_____/

**O R D E R**

Before the Court is the parties' Stipulation for Dismissal With Prejudice (Doc. 11). In accord with the Stipulation for Dismissal With Prejudice, it is **ORDERED AND ADJUDGED** as follows:

    1)    The Stipulation for Dismissal With Prejudice is **APPROVED** (Doc. 11).

    2)    This cause is dismissed, with prejudice. Each party shall bear its own costs and attorneys' fees.

    3)    The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida on March 26, 2021.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record